**Order entered March 16, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-15-00011-CR
No. 05-15-00012-CR
No. 05-15-00013-CR

**BERNARD JEROME COY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-53722-W, F14-70104-W, F14-70105-W**

## ORDER

The Court **GRANTS** court reporter Karren Jones's March 13, 2015 request for an extension of time to file the reporter's record. We **ORDER** Ms. Jones to file the complete reporter's record, including all exhibits admitted into evidence, within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to court reporter Karren Jones, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE